IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr99-MHT |
| | ) | (WO) |
| SEQUARRAS BISHOP | ) | |

**ORDER**

This case is before the court on defendant Sequarras Bishop's motion for a written order memorializing the court's March 21, 2019, oral order that the money seized from him be returned to him. The government does not oppose the motion (doc. no. 78).

\*\*\*

Accordingly, it is ORDERED that:

(1) Defendant Sequarras Bishop's motion for a written order (doc. no. 76) is granted.

(2) All money seized from defendant Bishop during the search of 824 Rialto Drive, Montgomery, Alabama and his August 19, 2015, arrest shall be returned to him.

DONE, this the 16th day of October, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**