IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                            )<br>)<br>SEQUARRAS BISHOP           ) | CRIMINAL ACTION NO.<br>2:18cr99-MHT<br>(WO) |

ORDER

Because the current treatment for those who commit domestic violence is complex and evolving; because Dr. Carla Stover (carla.stover@yale.edu, 203-785-3486) is at the forefront in developing such treatment, *see United States v. Powell*, 582 F. Supp. 3d 1115 (M.D. Ala. 2021) (Thompson, J.); *United States v. Henderson*, 541 F. Supp. 3d 1312 (M.D. Ala. 2021) (Thompson, J.); because the court believes that Dr. Kale Kirkland needs to learn about Dr. Stover's approach; because the court believes that Dr. Stover is the perfect person to educate Dr. Kirkland about her approach; and based upon the representations made at a hearing on July 16, 2025, it is ORDERED that the court approves the referral of

defendant Sequarras Bishop to Dr. Kirkland under the following conditions:

(1) Dr. Kirkland shall confer with Dr. Stover to develop a plan for him to learn about her approach to treating those who commit domestic violence.  The Federal Defender's Office, which has worked with Dr. Stover on several prior occasions and is familiar with her approach, shall work with Drs. Stover and Kirkland in arranging for a plan.  The Federal Defender's Office shall file a summary of the plan with the court.

(2) After learning Dr. Stover's approach for treating persons who engage in domestic violence and after evaluating defendant Bishop, Dr. Kirkland shall develop a plan for treating defendant Bishop that is consistent with Dr. Stover's approach.  The supervising probation officer shall file Dr. Kirkland's treatment plan with the court.

It is further ORDERED that a status conference is set for September 12, 2025, at 8:00 a.m., by

2

videoconference to discuss the status of the above. The clerk of the court is to make appropriate arrangements. Five business days before the status conference, the Federal Defender's Office is to file a status report on the above requirements.

DONE, this the 17th day of July, 2025.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE