IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr99-MHT |
| | ) | (WO) |
| SEQUARRAS BISHOP | ) | |

ORDER

Based upon the representations of the parties made on the record on September 12, 2025, especially those of U.S. Probation Officer Kent Still, it seems that defendant Sequarras Bishop is doing well working with Dr. Kirkland.  Delving further into the issue of domestic violence treatment would not be worthwhile at this time.  Accordingly, it is ORDERED that the court will take no further action at this time.

DONE, this the 22nd day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE