IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr99-MHT |
| | ) | (WO) |
| SEQUARRAS BISHOP | ) | |

ORDER

This case is before the court on defendant Sequarras Bishop's motion to terminate supervised release early. The probation department does not oppose the motion, while the government opposes the motion due to Bishop's criminal history but defers to the court's judgment. For the following reasons, the motion will be granted.

While Bishop's criminal history is concerning, the court finds that early termination of supervised release "is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). He has completed almost 16 months of his three-year term of supervised release. Since his release from prison, he has complied with all

conditions of supervised release, maintained stable housing and full-time employment, provided financial and parental support for his children, successfully completed court-ordered mental-health treatment, and consistently submitted negative drug screens. His probation officer remarks that "Bishop's conduct on supervision reflects sustained compliance, stability, and rehabilitation." Resp. (Doc. 130) at 1.

Accordingly, pursuant to 18 U.S.C. § 3583(e)(1), and after consideration of the relevant factors in 18 U.S.C. § 3553(a), it is ORDERED that defendant Sequarras Bishop's motion to terminate supervised release early (Doc. 126) is granted, and he is discharged.

DONE, this the 16th day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE